**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Grewal Cargo, Inc |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-4066129 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2124 Amber Leaf Lane | |
| Number       Street | Number       Street |
| | P.O. Box |
| Ceres          CA     95307 | |
| City                    State    ZIP Code | City             State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Stanislaus County | |
| County | Number       Street |
| | |
| | City             State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Grewal Cargo, Inc | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
48

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When __/__/____ MM/DD/YYYY Case number _____
  - District _____ When __/__/____ MM/DD/YYYY Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  - District _____ When __/__/____ MM/DD/YYYY
  - Case number, if known _____

| Debtor | Grewal Cargo, Inc | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?**_____
                              Number          Street

_____

_____
City                                                          State      ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name        _____

Phone            _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

❑ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ❑ 1,000-5,000 | ❑ 25,001-50,000 |
| ❑ 50-99 | ❑ 5,001-10,000 | ❑ 50,001-100,000 |
| ❑ 100-199 | ❑ 10,001-25,000 | ❑ More than 100,000 |
| ❑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

| Debtor | Grewal Cargo, Inc | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/28/2023
             MM / DD / YYYY

**✖** /s/ Tajinder Singh                      Tajinder Singh
Signature of authorized representative of debtor     Printed name

Title  President

**18. Signature of attorney**

**✖** /s/ Simran  Hundal                   Date  09/28/2023
Signature of attorney for debtor                    MM / DD / YYYY

Simran  Hundal
Printed name
Bains and Hundal LLP
Firm name
912 11th Street Ste 201-9
Number        Street
Modesto                                    CA          95354
City                                       State       ZIP Code
209-314-3010                               shundal@modestobankruptcyattorneys.com
Contact phone                              Email address

294664                                     CA
Bar number                                 State

# United States Bankruptcy Court

Eastern District of California

**In re** Grewal Cargo, Inc

Case No. _____

**Debtor**

Chapter ⁷_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor     ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

      d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/28/2023

*Date*

/s/ Simran  Hundal, 294664

*Signature of Attorney*

Bains and Hundal LLP

*Name of law firm*

912 11th Street
Ste 201-9
Modesto, CA 95354

BMO Harris Bank, NA
1 Corporate Dr
Suite 360
Lake Zurich, IL 60047

CA Department of Tax and Fee Administration
PO Box 942879
Sacramento, CA 94279

Chase Cardmember Servicee
PO Box 6294
Carol Stream, IL 60197

Chase Overdraft Collections
Mail CodeL OH1-1188
340 S Cleveland Ave, Bldg 370
Westerville, OH 43081

Commonwealth of Massachusetts
PO Box 847840
Boston, MA 02284

Commonwealth of Massachusetts
PO Box 847840
Boston, MA 02284

Commonwealth of Massachusetts
PO Box 847840
Boston, MA 02284

Compass Equipment Finance, LLC
115 W 55th St
Clarendon Hills, IL 60514

Compass Equipment Finance, LLC
115 W 55th St
Suite 302
Clarendon Hills, IL 60514

Compass Equipment Finance, LLC
115 55th St
4th Floor
Clarendon Hills, IL 60514

Delaware Department of Transportation
PO Box 697
Dover, DE 19903

Department of Motor Vehicles
PO Box 825339
Sacramento, CA 94232

FDOT
PO Box 31241
Tampa, FL 33631

Financial Pacific Leasing, Inc
3455 S 344th Way
Suite 300
Federal Way, WA 98001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267

Hemar, Rousso & Heald, LLP
15910 Ventura Blvd
12th Floor
Encino, CA 91436

Hemar, Rousso & Heald, LLP
15910 Ventura Blvd
12th Floor
Encino, CA 91436

Illinois Tollway
PO Box 5544
Chicago, IL 60680

Maryland Transportation Authority
PO Box 12853
Philadelphia, PA 19176

North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266

Penn Credit Corporation
PO Box 69703
Harrisburg, PA 17106

Penn Credit Corporation
PO Box 69703
Harrisburg, PA 17106

Professional Account Management, LLC
PO Box 500
Horseheads, NY 14845

Professional Account Management, LLC
PO Box 500
Horseheads, NY 14845

Rauch-Milliken International, Inc
PO Box 8390
Metairie, LA 70011

Spiwak & Iezza, LLP
555 Marin St
Suite 140
Thousand Oaks, CA 91360

Stuart-Lippman and Associates, Inc
5447 E 5th St
Suite 110
Tucson, AZ 85711

Telisha L Moore c/o Ron Torem, Esq.
1607 Pontius Ave
Los Angeles, CA 90025

Tolls by Mail Payment Processing Center
PO Box 15183
Albany, NY 12212

Transport Funding
PO Box 25934
Shawnee Mission, KS 66225

Transport Funding LLC
PO Box 7247-0360
Philadelphia, PA 19170

Transport Funding, LLC
PO Box 7247-0360
Philadelphia, PA 19170

Transportation Alliance Bank
PO Box 811150
Cleveland, OH 44181

TxTag
PO Box 650749
Dallas, TX 75265

Violation Processing Department
PO Box 26925
San Francisco, CA 94126

Violation Processing Department
PO Box 26925
San Francisco, CA 94126

Violations Processing Center
PO Box 15186
Albany, NY 12212

ZipCash
PO Box 260928
Plano, TX 75026